**Motion Granted, Appeal Dismissed, and Order and Corrected Judgment and Mandate filed May 26, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00091-CV

---

**THOMPSON HANCOCK WITTE & ASSOCIATES, INC., Appellant**

**V.**

**STANLEY SPURLING & HAMILTON, INC., Appellee**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2016-81155-A**

---

### ORDER

This is an appeal from a judgment signed January 20, 2021. On April 5, 2022, this court issued an opinion affirming the trial court's judgment. On May 12, 2022, appellant filed an unopposed motion to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), with costs on appeal taxed against the party

incurring same, as the parties have settled the dispute between them.[1]  The motion is expressly not conditioned on withdrawal of this court's opinion, *see* Tex. R. App. P. 42.1(c), and it also states appellee requests this court's opinion be left undisturbed.

After considering the motion, the motion is hereby GRANTED.  A corrected judgment will issue resolving the appeal as requested in the motion.  We direct the clerk of court to issue the mandate of the court immediately.  The court declines to withdraw its April 5, 2022 opinion.  Tex. R. App. P. 42.1(c); *see also Hous. Cable TV, Inc. v. Inwood W. Civic Ass'n*, 860 S.W.2d 72, 73 (Tex. 1993) (per curiam).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

---

[1] Although the motion was styled as a joint motion, it was solely signed by counsel for appellant, though the certificate of conference stated the motion was not opposed by appellee.  Further, although the motion simultaneously seeks a dismissal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), it is not accompanied by an "agreement signed by the parties or their attorneys and filed with the clerk," making relief inappropriate under that rule.  *See* Tex. R. App. P. 42.1(a)(2).